**FILED**
Jan 27 2022
1:46 pm
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ gloriav   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. '22 CR0173 CAB |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine |
| RUBEN SILVAS, | |
| Defendant. | |

The grand jury charges:

On or about October 12, 2021, within the Southern District of California, defendant RUBEN SILVAS did knowingly and intentionally import 500 grams and more, to wit: approximately 7.36 kilograms (16.19 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: January 27, 2022.

A TRUE BILL:

RANDY S. GROSSMAN
United States Attorney

By: _____ For
PETER S. HORN
Assistant U.S. Attorney

PSH:cms:San Diego:1/26/22