# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RUBEN SILVAS,<br><br>    Defendant | Case No.: 22CR0173-CAB<br><br>**ORDER ON JOINT MOTION TO CONTINUE HEARING** |

For good cause shown, IT IS HEREBY ORDERED the parties' joint motion for a continuance is GRANTED. The Motion Hearing/Trial Setting is continued from August 26, 2022, to September 23, 2022, at 10:30 a.m. Acknowledgment from the defendant confirming the next court date shall be filed by August 26, 2022. Time shall be excluded from August 26, 2022, through September 23, 2022, in the interest of justice.

    **IT IS SO ORDERED.**

Dated: 8/25/2022

                                      **HON. CATHY ANN BENCIVENGO**
                                      **UNITED STATES DISTRICT JUDGE**