# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 22CR0173-CAB |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS THE INDICTMENT WITHOUT PREJUDICE AND ORDER TO EXONERATE BOND** |
| RUBEN SILVAS, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

**IT IS HEREBY ORDERED** government's motion to dismiss is granted.

**IT IS THE JUDGMENT OF THE COURT** that the Indictment in the above-entitled case shall be dismissed without prejudice and the bond in this case is exonerated.

**IT IS SO ORDERED.**

DATED: August 25, 2022.

_____
HON. CATHY ANN BENCIVENGO
United States District Judge